IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JENNIFER EVANS and
CARL O. EVANS,
Wife and Husband                                                                              PLAINTIFFS

V.                              CASE NO. 16-CV-01040

MENTOR WORLDWIDE, LLC                                                           DEFENDANT

## ORDER

Before the Court is a Joint Stipulation of Dismissal with Prejudice. ECF No. 63. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate that all claims in this action are hereby dismissed with prejudice, with each party to bear its own attorney's fees and costs. After considering the parties Stipulation of Dismissal with Prejudice, the Court finds that this matter should be and hereby is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 13th day of September, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge